# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

V.                              NO. 4:08CR00013-003 SWW

JOSE LUIS QUINONES-REYES,
SERGIO ZEPEDA-CARLON
and MARIA JUDITH ZAVALZA-YANEZ

### ORDER

Pending before the Court is the motion to sever filed by separate defendant Maria Judith Zavalza-Yanez in this matter. The government has responded in opposition to the motion. For the reasons set forth on the record in a telephone conference conducted by the Court and counsel on July 15, 2008, the Court finds that separate defendant's motion[1] should be denied.

IT IS THEREFORE ORDERED that the motion to sever filed by separate defendant Maria Judith Zavalza-Yanez and the oral motion by separate defendant Jose Luis Quinones-Reyes are denied.

DATED this 16th day of July, 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1] During the telephone conference, separate defendant Jose Luis Quinones-Reyes joined in the motion to sever.